[No. 39035-0-I.    Division One.    September 22, 1997.]

DESIREE QUALLS, ET AL., *Appellants*, v. DIEDERICH'S ENTERPRISES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-23868-8, Harriett M. Cody, J., entered June 19, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39059-7-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03988-6, Linda Lau, J., entered July 1, 1996. *Affirmed* by unpublished per curiam opinion.

[Nos. 39394-4-I; 39395-2-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE TURNER, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 96-1-02826-2, 96-1-02825-4, Janice Niemi, J., entered August 1, 1996. *Reversed* by unpublished per curiam opinion.

[No. 39566-1-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTEN RAQUEL TAIT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06517-1, Michael Spearman, J., entered October 23, 1996. *Affirmed* by unpublished per curiam opinion.